UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x   MH8329
CHETNA HARISH SHAH,                      :
                                         :   Civil Action No.
                    Plaintiff,           :   08 CV 7371 (GEL)
                                         :
       - against -                       :
                                         :
KUWAIT AIRWAYS CORPORATION,              :   **ANSWER TO ENDORSED**
                                         :   **COMPLAINT**
                    Defendant.           :
                                         :
                                         :
                                         :
---------------------------------------- x

Defendant KUWAIT AIRWAYS CORPORATION (hereinafter referred to as "KUWAIT AIRWAYS"), by and through its attorneys Condon & Forsyth LLP, as and for its Answer to the Endorsed Complaint:

1.   Denies the allegations in the Endorsed Complaint.

**AS AND FOR A FIRST SEPARATE AND**
**COMPLETE AFFIRMATIVE DEFENSE**

2.   The Endorsed Complaint fails to state a claim upon which relief can be granted.

**AS AND FOR A SECOND SEPARATE**
**AND COMPLETE AFFIRMATIVE DEFENSE**

3.   The transportation out of which the subject matter of this action arose was "international carriage" within the meaning of the Convention for the Unification of Certain Rules Relating to Transportation by Air, October 12, 1929, 49 Stat. 3000, T.S. No. 876, 137 L.N.T.S. 11 (1934), as amended at the Hague, 1955 and by Protocol No. 4 of Montreal, 1975 (hereinafter "Warsaw Convention") and the rights of the parties are subject to, limited by or

barred pursuant to the provisions of the Warsaw Convention.

4. The liability of defendant KUWAIT AIRWAYS, if any, is limited in accordance with Article 22 of the Warsaw Convention to the sum of $20.00 per kilo for lost, damaged or pilfered baggage.

**AS AND FOR A THIRD SEPARATE<br>AND COMPLETE AFFIRMATIVE DEFENSE**

5. Defendant KUWAIT AIRWAYS' liability is excluded or limited by the terms and conditions of KUWAIT AIRWAYS' tariffs on file with the United States Department of Transportation and by KUWAIT AIRWAYS' conditions of carriage and conditions of contract.

WHEREFORE, defendant KUWAIT AIRWAYS CORPORATION demands judgment dismissing the Endorsed Complaint in its entirety or, if such relief not be granted, that is liability be limited as prayed herein, together with the costs and disbursements of this action and such other and further relief which this Court deems just and proper.

Dated: New York, New York
       August 20, 2008

CONDON & FORSYTH LLP

By _____
Michael J. Holland
MH 8329
A Partner of the Firm
Attorney for Defendant
KUWAIT AIRWAYS CORP.
7 Times Square
New York, New York 10036
(212) 490-9100

-3-

TO:   Mrs. Chetna Harish Shah
      Plaintiff *Pro Se*
      68 West 238th Street
      Apartment E3
      Bronx, New York  11463-4247
      (718) 543-4247

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

    Mary Ann Rooney, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens, New York. That on the 20th day of August, 2008 deponent served the within Answer upon:

    Mrs. Chetna Harish Shah
    68 West 238th Street
    Apartment E3
    Bronx, New York 11463-4247

    At the addresses designated by said individual for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                              Mary Ann Rooney

Sworn to before me this
20th day of August, 2008

_____
Notary Public

      MICHAEL J HOLLAND
  Notary Public, State of New York
       No. 41-4501283
    Qualified in Nassau County
  Commission Expires August 31, 2009